O

JS-6
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MONTERO HERNANDEZ, et al., | Case No. EDCV 13-00232-JGB (SPx) |
| Plaintiffs, | **JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| v. | |
| COUNTY OF RIVERSIDE, et al. | |
| Defendants. | |

On February 6, 2013, Plaintiffs Hector Montero Hernandez and Gladys Campos Hernandez ("Plaintiffs") filed a complaint against Defendants County of Riverside, Riverside County Department of Child Protective Services, Susan Loew, Debra Ireland, Agatha Lowder, Teresa Soloman Billings, Jesus Haro, and fictitious entities (collectively, "Defendants"). (Compl., Doc. No. 1.) To date, Plaintiffs have failed to file proofs of service as to any of the Defendants.

On July 12, 2013, the Court issued an order to show cause by July 23, 2013 why the case should not be dismissed for lack of prosecution. (Doc. No. 3.) The Court put Plaintiffs on notice that failure to respond to the order would be deemed consent to the dismissal of the action. (<u>Id.</u>) As of the date of this Order, Plaintiffs have not responded to the order to show cause, nor have they filed the required proofs of service.

Accordingly, the Court DISMISSES Plaintiffs' Complaint WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: 8/13/13

JESUS G. BERNAL
United States District Judge

JS - 6

2